U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 12 2017

James N. Hatton, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R01050)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Fulton

DISTRICT COURT NO.    1:16-CR-427 -6
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment                        Information                        Magistrate's Complaint
DATE: October 12, 2017              DATE:                               DATE:

UNITED STATES OF AMERICA
vs.
JOSEPH RILEY, A/K/A JOE BLOW

SUPERSEDING INDICTMENT
Prior Case Number: 1:16-CR-427
Date Filed: December 14, 2016

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    Yes   X No

Will the defendant require an interpreter?    Yes   X No

District Judge:

Attorney:  Matthew S. Carrico
Defense Attorney: